**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000093
10-JUL-2015
08:30 AM**

NO. CAAP-15-0000093

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


PAT ROCCO, Plaintiff-Appellant, v.
KALAPANA SEAVIEW ESTATES COMMUNITY
ASSOCIATION, Defendant-Appellee


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
HILO DIVISION
(CASE NO. 3RC-13-1-589)


ORDER DENYING AS MOOT THE JULY 7, 2015
MOTIONS FOR RECONSIDERATION
(By: Ginoza, J., for the court)[1]

Upon review of the letters to Associate Judges Reifurth and Foley, each filed July 7, 2015, by Plaintiff-Appellant Pat Rocco (Appellant), pro se, which the court construes as separate motions for reconsideration of the June 19, 2015 order dismissing the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the papers in support, and the record, it appears that on July 2, 2015, the court construed Appellant's previous letter to Associate Judge Foley, filed June 25, 2015, as a motion for reconsideration of the June 19, 2015 order and granted the requested relief, which reinstated the appeal.

---

[1] Considered by: Foley, Presiding Judge, Reifurth and Ginoza, JJ.

Therefore, IT IS HEREBY ORDERED that the July 7, 2015 motions for reconsideration are denied as moot.

DATED: Honolulu, Hawai'i, July 10, 2015.

FOR THE COURT:

Associate Judge